OFFICE OF THE UNITED STATES TRUSTEE

TIFFANY L. CARROLL
Acting United States Trustee
CURTIS CHING 3931
Assistant United States Trustee
1132 Bishop St., Suite 602
Honolulu, HI 96813
Telephone: (808) 522-8150
Facsimile:   (808) 522-8186
ustpregion15.hi.ecf@usdoj.gov

DISTRICT COURT OF GUAM
TERRITORY OF GUAM
BANKRUPTCY DIVISION

| | | |
|---|---|---|
| In re | ) | CASE NO. 16-00072 |
| | ) | (Chapter 11) |
| SOFINTEK, INC., | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | Judge: Honorable Robert J. Faris |
| | ) | |

APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

The UNITED STATES TRUSTEE, in accordance with 11 U.S.C. § 1102, hereby appoints the following committee of creditors holding unsecured claims:

| Creditor | Representative |
|---|---|
| Reaction Co. | Randy G. Sager<br>Email: rgsager@ite.net |
| Daniel J. Berman | Daniel J. Berman<br>Email: djberman@pacific-lawyers.com |
| Michael K. Stephenson | Michael K. Stephenson<br>Email: mikestephenson@q.com |

DATED: Honolulu, Hawaii, July 13, 2016.

        TIFFANY L. CARROLL
        Acting United States Trustee


       By: /s/ CURTIS CHING
         Assistant United States Trustee